FILED

06/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AC 17-0694

Amy Eddy, District Judge
Department No. 1
Flathead County Justice Center
920 South Main Street, Suite 310
Kalispell, Montana 59901
(406) 758-5906

### IN THE ASBESTOS CLAIMS COURT OF THE STATE OF MONTANA

| | |
|---|---|
| IN RE ASBESTOS LITIGATION, <br><br> *Consolidated Cases.* | Cause No. AC 17-0694 <br><br> ORDER VACATING |

The hearing set for Monday, June 14, 2021, at 1:30 p.m. is hereby VACATED.

DATED AND ELECTRONICALLY SIGNED AS NOTED BELOW.